# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3816
kyost@JonesDay.com

October 3, 2022

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   <u>Diaz v. Bloomberg L.P., No. 1:22-cv-07251</u>

Dear Judge Furman:

      Pursuant to the Court's Order Regarding Early Settlement Conference and the Initial Pretrial Conference (Dkt. No. 7) ("Early Settlement Order"), the parties jointly write to inform the Court that the parties respectfully believe that an early settlement conference would not be appropriate in this case. At this juncture, Plaintiff is only interested in discussing a potential class-wide settlement and Defendant is not interested in settling on a class-wide basis.

      Accordingly, the parties respectfully request that the Court relieve them from the requirements concerning the early settlement conference as set forth in the Early Settlement Order. If this request meets Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

<u>/s/ Jason S. Giaimo</u>

Jason S. Giaimo
Attorney for Plaintiff

<u>/s/ Kristina A. Yost</u>

Kristina A. Yost
Attorney for Defendant

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Jesse M. Furman
October 3, 2022
Page 2

*The application is GRANTED. The Clerk of Court is directed to terminate ECF No. 18.*

IT IS SO ORDERED.

DATED: October 4, 2022

_____
Hon. Jesse M. Furman
United States District Judge