UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEIDI DIAZ, on behalf of herself and all others
similarly situated,

                Plaintiff,                                  **22-CV-07251 (DLC)**

       -against-                                    **ORDER**

BLOOMBERG, L.P.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The pre-settlement conference call scheduled for October 6, 2022 is hereby cancelled. Counsel for the parties are directed to submit a joint letter at a later date when and if they have made further progress in settlement discussions and would like to schedule a settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
               October 5, 2022

                                                                  VALERIE FIGUEREDO
                                                                United States Magistrate Judge