UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HEIDI DIAZ, *on behalf of herself and all others*  :
*similarly situated*,                              :
:  22-CV-07251 (JMF)
Plaintiff,  :
:  ORDER
-v-                                                :
:
BLOOMBERG, L.P.,                                   :
:
Defendant.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 3, 2022, Defendant filed a motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. Under Rule 15(a)(2), a plaintiff may amend a complaint with the court's leave, which should be freely given when justice so requires.

      Accordingly, it is hereby ORDERED that Plaintiff is granted leave to amend and shall file any amended complaint by **October 24, 2022**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion; or (3) file a letter on ECF stating that it relies on the previously filed motion. If Defendant files an answer or a new motion, the Court will deny the previously filed motion as moot. If Defendant files a new motion, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion for judgment on the pleadings by **October 24, 2022**. Defendant's reply, if any, shall be filed by **October 31, 2022**.

      SO ORDERED.

Dated: October 5, 2022
      New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge