UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HEIDI DIAZ, *on behalf of herself and all others similarly situated*,

                       Plaintiff,

    -v-

BLOOMBERG, L.P.,

                       Defendant.
------------------------------------------------------------------------X

22-CV-7251 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion for judgment on the pleadings, *see* Docket No. 28, Defendant's earlier motion for judgment on the pleadings filed at Docket No. 20 is hereby DENIED as moot. Plaintiff's opposition to the new motion for judgment on the pleadings is due by **November 28, 2022**. Defendant's reply, if any, is due by **December 5, 2022**. Additionally, the conference currently scheduled for November 29, 2022, *see* Docket No. 7, is ADJOURNED *sine die*.

      The Clerk of Court is directed to terminate Docket No. 20.

      SO ORDERED.

Dated: November 15, 2022
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge