UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEIDI DIAZ, on behalf of herself and all others similarly situated,<br><br>                                Plaintiff,<br><br>      -against-<br><br>BLOOMBERG, L.P.,<br><br>                               Defendant. | 22-CV-7251 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      For the reasons stated on the record, the Court denies approval of the parties' settlement agreement. The parties may file a revised settlement agreement by **January 31, 2024,** that addresses the issues stated on the record. They are as follows: (1) release language narrowed to wage and hour claims only; (2) the removal of the no future employment provision; and (3) an amended non-disparagement provision that is mutual and includes a carve out for Plaintiff to make truthful statements about her experiences litigating the case.

      If not, the parties shall submit a joint letter by the same date indicating their intention to abandon settlement and continue litigating this matter.

Dated:  January 18, 2024
         New York, New York

                                                                     SO ORDERED.

                                                                *Jessica Clarke*
                                                                JESSICA G. L. CLARKE
                                                                United States District Judge